Case 7:17-cv-00173   Document 76   Filed on 01/08/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-173 |
| | § § | |
| VESTAS-AMERICAN WIND TECHNOLOGY, INC., *et al*, | § § § | |
| Defendants. | § § | |

### ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Came on for consideration, Plaintiff and Defendants' Agreed Motion to Dismiss All Claims with Prejudice dismissing all claims, cross-claims, and counter-claims between the Parties in the above-referenced cause.

The Court, having considered the Motion, is of the opinion that same is well taken and should be **GRANTED**. IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all claims, cross-claims, and counter-claims asserted by all Parties hereto be **DISMISSED WITH PREJUDICE** to the refiling of same. All parties shall bear their respective costs of court and attorneys' fees. All relief not granted herein is denied.

SO ORDERED this 8th day of January, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge